# Order

Michigan Supreme Court
Lansing, Michigan

February 4, 2020

159570

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

TRAVIS LOUIS GRIMES,
a/k/a TRAVIS LOUISE GRIMES,
  Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159570
COA: 347493
Wayne CC: 14-008337-FC

  On order of the Court, the application for leave to appeal the March 28, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



  I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2020



b0127

         Clerk